

1  MICHAEL S. KUN  (State Bar No. 208684)
   BETSY JOHNSON  (State Bar No. 119847)
2  AARON F. OLSEN  (State Bar No. 224947)
   EPSTEIN BECKER & GREEN, P.C.
3  1925 Century Park East, Suite 500
   Los Angeles, California 90067-2506
4  Telephone: 310.556.8861
   Facsimile:  310.553.2165
5  mkun@ebglaw.com
   bjohnson@ebglaw.com
6  aolsen@ebglaw.com

7  Attorneys for Defendant
   AMERICAN MEDICAL RESPONSE, INC.,
8  AMERICAN MEDICAL RESPONSE
   AMBULANCE SERVICE, INC., AMERICAN
9  MEDICAL RESPONSE OF INLAND EMPIRE,
   AMERICAN MEDICAL RESPONSE OF
10 SOUTHERN CALIFORNIA, and AMERICAN
   MEDICAL RESPONSE WEST

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAUGHN BANTA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN MEDICAL RESPONSE, INC.; AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC.; AMERICAN MEDICAL RESPONSE OF INLAND EMPIRE; AMERICAN MEDICAL RESPONSE OF SOUTHERN CALIFORNIA; AMERICAN MEDICAL RESPONSE WEST; and DOES 1 through 100, Inclusive,<br><br>　　　　　　Defendants. | CASE NO.<br>**CV11-03586** JHN (AJWx)<br><br>**DECLARATION OF BETSY JOHNSON IN SUPPORT OF REMOVAL**<br><br>Under 28 U.S.C. § 1332(d) [Class Action Fairness Act Of 2005]; 28 U.S.C. § 1441(a) and (b) [Federal Question]<br><br>Formerly Los Angeles County Superior Court Case No. BC393113 and JCCP No. 4604<br>Judge Robert B. Freedman, Dept. 20 |

FIRM:15875595v1

*Banta v. American Medical Response, Inc., et al.*
DECLARATION OF BETSY JOHNSON

## DECLARATION OF BETSY JOHNSON

I, Betsy Johnson, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California. I am a member of the law firm of Epstein Becker & Green, P.C., counsel of record for Defendants AMERICAN MEDICAL RESPONSE, INC.; AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC.; AMERICAN MEDICAL RESPONSE OF INLAND EMPIRE; AMERICAN MEDICAL RESPONSE OF SOUTHERN CALIFORNIA; AMERICAN MEDICAL RESPONSE WEST ("Defendants") in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On or about June 23, 2008, Plaintiff initiated the above entitled action by filing a Complaint in the Superior Court of the State of California for the County of Los Angeles entitled <u>Vaughn Banta vs. American Medical Response, Inc.; American Medical Response Ambulance Service Inc.; American Medical Response of Inland Empire; American Medical Response of Southern California; American Medical Response West; and Does 1 through 100, Inclusive</u>, Case No. BC393113. True and correct copies of the Summons and Complaint are attached hereto collectively as Exhibit A.

3. The Complaint purported to state causes of action for: (1) failure to pay overtime; (2) failure to provide meal breaks or premium compensation for missed meal breaks; (3) failure to provide rest breaks or premium compensation for missed rest breaks; and (4) failure to provide accurate itemized wage statements. See, Exhibit A.

4. Because Plaintiff's Complaint did not on its face set forth grounds for removal, Defendants could not and did not remove the action. As explained more fully below, the action only became removable when Plaintiff submitted responses

///

- 1 -

to Defendants' Request for Admissions that allowed Defendants to determine for the first time that the amount in controversy in this action exceeded $5,000,000.

5. Defendants filed a Motion to Strike portions of the Complaint and a Demurrer to the Complaint on or about July 25, 2008. True and correct copies of the Motion to Strike portions of the Complaint and a Demurrer to the Complaint are attached hereto collectively as Exhibits B & C.

6. On July 29, 2008, the action was designated as non-complex by a Minute Order issued by the Superior Court. A true and correct copy of the Minute Order is attached hereto as Exhibit D.

7. On August 7, 2008, Plaintiff filed a First Amended Complaint ("FAC"). The FAC was entitled <u>Vaughn Banta vs. American Medical Response, Inc., American Medical Response Ambulance Service Inc., American Medical Response of Inland Empire, American Medical Response of Southern California, American Medical Response West and Does 1 through 100 inclusive</u>, Case No. BC393113. A true and correct copy of the FAC is attached hereto as Exhibit E.

8. The FAC purported to state causes of action for: (1) failure to pay overtime; (2) failure to provide meal breaks or premium compensation for missed meal breaks; (3) failure to provide rest breaks or premium compensation for missed rest breaks; and (4) failure to provide accurate itemized wage statements. See, Exhibit E.

9. Because the FAC did not on its face set forth grounds for removal, Defendants could not and did not remove the action.

10. Defendants filed a Demurrer to the FAC and a Motion to Strike portions of the FAC on September 11, 2008. True and correct copies of the Demurrer and Motion to Strike are attached hereto collectively as Exhibits F & G.

11. On September 22, 2008, the Court issued a Notice of Ruling and on October 22, 2008, the Court issued a Notice of Minute Order and Initial Status

FIRM:15875595v1

*Banta v. American Medical Response, Inc., et al.*
DECLARATION OF BETSY JOHNSON

1  Conference Order. True and correct copies of the Notice of Minute Order and
2  Initial Status Conference Order are attached hereto collectively as Exhibits H & I.
3      12. Defendants filed a Notice of Related Case on March 2, 2009 and
4  April 10, 2009. The Notices explained that this action was related to <u>Laura
5  Karapetian v. American Medical Response, Inc., et al.</u>, Los Angeles County
6  Superior Court, Case No. BC405195 ("<u>Karapetian</u>"), which was filed on January 8,
7  2009. A true and correct copy of the Notice of Related Case is attached hereto as
8  Exhibit J.
9      13. On March 13, 2009, the Court issued a Minute Order Re: Related
10 Case and a Notice of Ruling on March 19, 2009. A true and correct copy of the
11 Minute Order is attached hereto as Exhibit K.
12     14. On August 27, 2009, Defendants filed a Notice of Petition for
13 Coordination of Actions. The Court issued an Order staying the action pending a
14 determination on Defendants' Petition. True and correct copies of the Notice of
15 Petition and Order are attached hereto collectively as Exhibits L & M.
16     15. On September 25, 2009, the Judicial Council ordered that this action
17 should be coordinated with <u>Karapetian</u>, as well as with <u>Laura Bartoni, et al. v.
18 American Medical Response, Inc., et al.</u>, Alameda County Superior Court Case
19 No. RG08382130 ("<u>Bartoni</u>"), filed on April 16, 2008. Subsequently, these cases
20 were all coordinated with a fourth action entitled <u>Melanie Aguilar v. American
21 Medical Response, Inc., et al.</u>, Los Angeles County Superior Court Case
22 No. BC433224 ("<u>Aguilar</u>"). A true and correct copy of the Order is attached
23 hereto as Exhibit N.
24     16. On or about March 30, 2010, Plaintiff was granted leave to file a
25 Second Amended Complaint ("SAC") in the above-entitled action in the Superior
26 Court of the State of California for the County of Alameda by filing a complaint
27 therein entitled <u>Vaughn Banta vs. American Medical Response, Inc., American
28 Medical Response Ambulance Service, Inc., American Medical Response of</u>



1  *Inland Empire, American Medical Response of Southern California, American Medical Response West and Does 1 through 100 inclusive*, No. JCCP 4604. A true and correct copy of the SAC is attached hereto as Exhibit O.

17. In his SAC, Plaintiff seeks to represent all current and former "Field Employees" employed by Defendants at any time from June 23, 2004 until resolution of this action in Los Angeles, San Diego, Orange, Santa Barbara, Ventura, Imperial, Riverside, and San Bernardino Counties. The SAC does not define the term "Field Employees." Exhibit O at ¶ 25.

18. The SAC purports to state causes of action for: (1) failure to pay overtime; (2) failure to provide meal breaks or premium compensation for missed meal breaks; (3) failure to provide rest breaks or premium compensation for missed rest breaks; and (4) failure to provide accurate itemized wage statements.

19. Because Plaintiff's SAC did not on its face set forth grounds for removal, Defendants could not and did not remove the action.

20. Defendants filed a Demurrer to the SAC on July 26, 2010 on the grounds that the SAC did not define a readily ascertainable or identifiable class of individuals. Nowhere in the SAC is the phrase "Field Employees" defined, and Plaintiff's counsel conceded that he did not know what job classifications the putative class set forth in the SAC included. True and correct copies of the Demurrer and the Request for Judicial Notice are attached hereto as Exhibit P & Q at pp. 6:25-28 through 7:1-26.

21. Plaintiff filed an Opposition to the Demurrer on August 16, 2010, and Defendants filed a Reply on August 20, 2010. The Court overruled the Demurrer on August 27, 2010. True and correct copies of the Opposition and Reply are attached hereto as Exhibit R & S.

22. Defendants answered the SAC on September 3, 2010. A true and correct copy of the Answer is attached hereto as Exhibit T.

///

- 4 -

23. Exhibits A-T represent the process, pleadings and orders served and filed on and by Defendants relating to the original Complaint, the FAC and SAC filed in the Superior Court.

24. On or about January 6, 2011, each Defendant served separate Requests for Admissions on Plaintiff. True and correct copies of the Requests of Admissions are attached hereto as Exhibits U-Y.

25. On April 4, 2011, Plaintiff responded to each of Defendants' Requests for Admissions. True and correct copies of the Plaintiff's Responses to Requests of Admissions are attached hereto as Exhibits Z-DD.

26. In his responses, Plaintiff admits that there is more than $5,000,000 in controversy for each Defendant in this action. Exhibits Z-DD, Plaintiff's Response to Request for Admissions No. 1.

27. Plaintiff's responses to Defendants' Requests for Admissions allowed Defendants to determine, for the first time, that there is more than $5,000,000 in controversy in this action.

28. Although the identity of the putative class remains unknown, in response to Defendants' Request for Admissions No. 2, Plaintiff admits that there are more than 100 persons in the putative class. Exhibits Z-DD, Plaintiff's Response to Defendants' Request for Admissions No. 2.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of April, 2011 at Los Angeles, California.

*BETSY JOHNSON*

- 5 -

FIRM:15875595v1

Banta v. American Medical Response, Inc., et al.
DECLARATION OF BETSY JOHNSON